THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Brenda Brooks Tucker, Appellant.
 
 
 

Appeal From Richland County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-353
Submitted May 1, 2005  Filed May 23, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Brenda Brooks Tucker was convicted in absentia of financial identity fraud and financial transaction credit card fraud in an amount of over five hundred dollars.  The trial court sentenced her to ten years imprisonment on the financial identity theft charge and imposed a concurrent five-year sentence for the conviction for credit card fraud.  
On appeal, counsel for Appellant has filed an Anders brief along with a petition to be relieved as counsel, arguing that the trial court abused its discretion in refusing to grant a continuance solely because the out-of-state victim had traveled to Richland County for the trial.  Tucker has not filed a pro se response.  
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
GOOSLBY, HUFF, and KITTREDGE, JJ., concur.

[1]  This case is decided without oral argument pursuant to Rule 215, SCACR.